THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Richard Ellisor       
Appellant.
 
 
 

Appeal From Lexington County
James R. Barber, III, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-026
Submitted November 19, 2003  Filed 
 January 16, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellant Defender Robert M. Pachak, Office of 
 Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy 
 Attorney General John W. McIntosh; Assistant Deputy Attorney General Charles 
 H. Richardson, all of Columbia; and Solicitor Donald V. Meyers, of Lexington, 
 for Respondent.
 
 
 

PER CURIAM:  Richard Ellisor was indicted 
 of and subsequently pled guilty to committing or attempting a lewd act upon 
 a child under the age of 16.  Ellisors appellate counsel submitted a petition 
 to be relieved as counsel, stating he has reviewed the record and has concluded 
 Ellisors appeal is without merit.  Ellisor did not file a pro se brief 
 with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Ellisors appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
STILWELL, BEATTY, and CURETON, JJ., 
 concur.

 
 [1]   
 Because oral argument would not aid the court in resolving the issues on appeal, 
 we decide this case without oral argument pursuant to Rules 215 and 220(b)(2), 
 SCACR.